UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LIAFOM, LLC, ET AL.**           :
                                  :
                                  :   Civil Action No. 10-606 (JLL)
          **Plaintiff(s),**       :
                                  :   ORDER
          v.                      :
                                  :
**BIG FRESH PICTURES, ET AL.**    :
                                  :
                                  :
          **Defendant(s).**       :
                                  :

**THIS MATTER** having come before the Court on January 19, 2011 by way of a telephone status/settlement conference; and for good cause shown;

**IT IS** on this 19th day of January, 2011

**ORDERED THAT:**

1. Defendant Big Fresh Productions is a corporate entity. Under the law, it must be represented by a member of the bar. Simbraw, Inc. v. United States, 367 F.2d 373 (3d Cir. 1966). If counsel has not entered an appearance on behalf of Defendant Big Fresh Productions within **thirty (30) days** of the date of this Order, I will ask the Hon. Jose L. Linares, US.D.J. to enter default against it.

2. Within **sixty (60) days** of the date of this Order, Plaintiff shall request the entry of default and shall move for default judgment against Defendant Big Fresh Pictures.

3. Within **thirty (30) days** of the date of this Order, the parties shall meet and confer and inspect the film and any other property at issue.

4. Fact discovery shall close on **June 30, 2011**.

5. Affirmative expert reports shall be submitted by **July 30, 2011**.

6. Responding expert reports shall be submitted by **August 30, 2011**.

7. Expert discovery shall be completed by **September 30, 2011**.

8. Summary judgment motions shall be filed after the close of all discovery, but no

      later than **October 15, 2011**.

9.      There shall be a telephone status/settlement conference before the Undersigned on **June 2, 2011 at 11:00 a.m.**  Counsel for Plaintiff shall initiate the telephone call.

                                    *s/ Claire C. Cecchi*
                                  **HON. CLAIRE C. CECCHI**
                                  **United States Magistrate Judge**