UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIAFOM, LLC, ET AL. : | |
| : | |
| Plaintiff(s), : | Civil Action No. 10-606 (JLL) |
| : | |
| v. : | ORDER |
| : | |
| BIG FRESH PICTURES, ET AL. : | |
| : | |
| Defendant(s). : | |

**THIS MATTER** having come before the Court by way of Plaintiffs' motion for leave to amend their Complaint (Docket Entry No. 47); and the Court having received no opposition to Plaintiffs' motion; and in the interest of judicial economy and for good cause shown;

**IT IS** on this 9th day of May, 2011

**ORDERED THAT** Plaintiffs' motion for leave to amend their Complaint is hereby **granted**. Plaintiffs shall file and serve their Amended Complaint within ten (10) days of the date of this Order.

　　　　　　　　　　　　　　　　　　　　　　　　 *s/ Claire C. Cecchi*
　　　　　　　　　　　　　　　　　　　　　　　　**HON. CLAIRE C. CECCHI**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**