DENNIS A. CIPRIANO
ATTORNEY AT LAW
200 EXECUTIVE DRIVE, SUITE 150
WEST ORANGE, NEW JERSEY 07052

TELEPHONE (973) 736-0400
TELECOPIER (973) 736-2384

RECEIVED IN THE CHAMBERS OF

MAY 23 2011

HON. CLAIRE C. CECCHI

May 19, 2011

**ORDER ON ORAL MOTION**

Hon. Claire C. Cecchi
Martin Luther King, Jr. Federal Building
50 Walnut Street – Room 5D
Newark, NJ 07101

SO ORDERED

*s/Claire C. Cecchi*

Claire C. Cecchi, U.S.M.J.

Date: June 6, 2011

Re: *Liafom, LLC, et al v. Big Fresh Pictures, et als*
    *2:2010CV00606 District of New Jersey*

Dear Judge Cecchi:

I represent defendants Chrein, Leichter and Castro and regrettably inform the court that I have been unable to contact Mr. Cohen, who represents plaintiffs, and have difficulty contacting *pro se* defendant Oppenheim. Telephone calls to Mr. Cohen are neither received nor returned; mail to him is ignored or returned to me as "undeliverable".

My clients, who have asserted a counterclaim, desire to depose plaintiff in order to prepare a motion to dismiss the complaint.

I am frustrated in my efforts to schedule depositions. I refer to my letter to Mr. Cohen, copy attached, dated April 14, 2011. My letter was, as usual, ignored.

I require the assistance of the court to motivate Mr. Cohen to take seriously his responsibilities to expedite discovery in order that the issues raised be addressed and my clients be removed from the spurious and frivolous claims asserted against them.

Respectfully,

DENNIS A. CIPRIANO

DAC/sm
#348
Enc/
CC: Mr. Jeff Oppenheim
    Mr. Leo Leichter
    Mr. Lloyd Chrein
    Ms. Sandi Castro

The parties shall schedule any remaining depositions and respond to all outstanding discovery within two weeks of the date of this Order.