LAW OFFICES OF

MICHAEL M. COHEN
275 WALTON STREET
ENGLEWOOD, NEW JERSEY 07631

201.227.0881 T / 201.227.0882 F

June 13, 2011

CM/ECF
Federal District Court Clerk
Federal Court, District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   Liafom, LLC et al v. Big Fresh Pictures et al
      Federal District Court, D.N.J. 10-00606 (JLL)

Please find a Notice of Subpoena and Subpoenas for Go Daddy, IMDB, Network Solutions and Linked In. Also please find Notices of Deposition and To Produce, and Subpoenas for Djida Oppenheim, a former "associate" with the former Big Fresh Productions, Inc., and Jay Kenoff, Danielle Amato-Milligan, Grant Raynham, and Laura Siegel, the former "Consulting Partners" at Big Fresh Pictures.

Respectfully submitted,

Michael M. Cohen

cc:   The Honorable Jose L. Lenares USFM, CM/ECF
      The Honorable Claire C. Checci, USMJ, CM/ECF
      Dennis A. Cipriano, Esq., CM/ECF, Certified Mail
      Jeff Oppenheim, Certified Mail

MMC/xaj

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LIAFOM, LLC and
AARON ABDELHAK,

                Plaintiffs,

    vs.

BIG FRESH PICTURES, BIG FRESH
PRODUCTIONS, JEFF OPPENHEIM,
LLOYD CHREIN, LEO LEICHTER,
SANDI CASTRO, AND JOHN DOE

              Defendants.

NOTICE OF DEPOSITION FOR LAURA
SIEGEL

CIVIL ACTION NO. 2:2010CV00606

JURY TRIAL DEMANDED

To Defendants:

    Please take notice, under Federal Rules of Civil Procedure 30 and 45, that counsel for Plaintiffs will take the deposition of **Laura Siegel**, whose address is c/o Creative Entertainment Connections, 127 West 26th Street, Suite 1207, New York, NY 10001, will be taken by oral examination before a notary public, or some other officer duly authorized by law to take deposition, on **June 27, 2011 at 11:00 a.m.** at the following address:

    **493 Teaneck Rd.**

    **Teaneck, NJ 07666**

The deposition will be recorded stenographically, by audio means, or by both methods. Plaintiffs are also requesting that the deponent bring the documents identified on the attached **subpoena**.

    This _10th_ of June, 2011.

                                    Michael M. Cohen, Esq.
                                    275 Walton Street

Englewood, New Jersey 07631
T (201) 227-0881
F (201) 227-0882
Attorney for Plaintiffs
MC 2254

AO 88A  (Rev  06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| Liafom, LLC & Aaron Abdelhak | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.   10-606(JLL) |
| Big Fresh Pictures, Big Fresh Productions, Jeff Oppenheim, et al. | ) | |
| _Defendant_ | ) | (If the action is pending in another district, state where: |
| | ) | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Laura Siegel, c/o Creative Entertainment Connections, 127 West 26th Street, Suite 1207
New York, NY 10001

☑ _Testimony:_ **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is _not_ a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 493 Teaneck Rd., Teaneck, NJ 07666 | Date and Time: 27 06/30/2011 11:00 am |
|---|---|

The deposition will be recorded by this method:   stenographically, audio means , or both.

☑ _Production:_  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

All correspondence associated with Big Fresh Pictures for the past two years, whether such correspondence was sent by you, received by you, or is in your custody, possession, or control.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  6/10/2011

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _Signature of Clerk or Deputy Clerk_ | | _Attorney's signature_ |

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_   Liafom, LLC & Aaron Abdelhak                                                        , who issues or requests this subpoena, are:

Michael M. Cohen, 275 Walton St., Englewood, NJ 07631
201-227-0881
midtownlawyer@aol.com

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LIAFOM, LLC and
AARON ABDELHAK,

          **Plaintiffs,**

    vs.

BIG FRESH PICTURES, BIG FRESH
PRODUCTIONS, JEFF OPPENHEIM,
LLOYD CHREIN, LEO LEICHTER,
SANDI CASTRO, AND JOHN DOE

          **Defendants.**

NOTICE OF DEPOSITION OF GRANT
RAYNHAM

CIVIL ACTION NO. 2:2010CV00606

JURY TRIAL DEMANDED

To Defendants:

Please take notice, under Federal Rules of Civil Procedure 30 and 45, that counsel for
Plaintiffs will take the deposition of **Grant Raynham**, whose address is 1617 Cosmo Street,
Suite 212, Los Angeles, CA 90028-6347, will be taken by oral examination before a notary
public, or some other officer duly authorized by law to take deposition, on **June 27, 2011 at 2:00**
**p.m.** at the following address:

    **1617 Cosmo Street**

    **Suite 212**

    **Los Angeles, CA 90028-6347**

The deposition will be recorded stenographically, by audio means, or by both methods. The
deposition may also be taken telephonically or by other remote means under Federal Rule of
Civil Procedure 30. Plaintiffs are also requesting that the deponent bring the documents
identified on the attached **subpoena**.

    This _____ of June, 2011.

Michael M. Cohen, Esq.
275 Walton Street
Englewood, New Jersey 07631
T (201) 227-0881
F (201) 227-0882
Attorney for Plaintiffs
MC 2254

AO 88A  (Rev  06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| Liafom, LLC & Aaron Abdelhak | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Big Fresh Pictures, Big Fresh Productions, Jeff Oppenheim, et al. | ) |
| _Defendant_ | ) |

Civil Action No.    10-606(JLL)

(If the action is pending in another district, state where:

District of New Jersey        )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   Grant Raynham, 1617 Cosmo Street, Suite 212, Los Angeles, CA 90028-6347

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 1617 Cosmo Street, Suite 212, Los Angeles, CA 90028-6347 | Date and Time: 27  3PM 06/30/2011 2:00 pm |
|---|---|

The deposition will be recorded by this method:   _stenographically, audio means , or both,_

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

All correspondence associated with Big Fresh Pictures for the past two years, whether such correspondence was sent by you, received by you, or is in your custody, possession, or control.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 6/1/2011

CLERK OF COURT

OR

_____
Signature of Clerk or Deputy Clerk

_____
Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*        Liafom, LLC &
Aaron Abdelhak                                                                 , who issues or requests this subpoena, are:
Michael M. Cohen, 275 Walton St., Englewood, NJ 07631
201-227-0881
midtownlawyer@aol.com

## IN THE UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**LIAFOM, LLC and**
**AARON ABDELHAK,**

                **Plaintiffs,**

       **vs.**

**BIG FRESH PICTURES, BIG FRESH**
**PRODUCTIONS, JEFF OPPENHEIM,**
**LLOYD CHREIN, LEO LEICHTER,**
**SANDI CASTRO, AND JOHN DOE**

           **Defendants.**

**NOTICE OF DEPOSITION FOR JAY KENOFF**

**CIVIL ACTION NO. 2:2010CV00606**

**JURY TRIAL DEMANDED**

To Defendants:

      Please take notice, under Federal Rules of Civil Procedure 30 and 45, that counsel for Plaintiffs will take the deposition of **Jay Kenoff**, whose address is c/o Kenoff & Machtinger, LLP, 1801 Century Park East, Suite 1520, Los Angeles, CA 90067, will be taken by oral examination before a notary public, or some other officer duly authorized by law to take deposition, on **June 27, 2011** at 10:00 a.m. at the following address:

      **Kenoff & Machtinger, LLP**

      **1801 Century Park East**

      **Suite 1520**

      **Los Angeles, CA 90067**

The deposition will be recorded stenographically, by audio means, or by both methods. The deposition may also be taken telephonically or by other remote means under Federal Rule of Civil Procedure 30. Plaintiffs are also requesting that the deponent bring the documents identified on the attached **subpoena**.

This _____ of June, 2011.

Michael M. Cohen, Esq.
275 Walton Street
Englewood, New Jersey 07631
T (201) 227-0881
F (201) 227-0882
Attorney for Plaintiffs
MC 2254

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| Liaforn, LLC & Aaron Abdelhak | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   10-606(JLL) |
| Big Fresh Pictures, Big Fresh Productions, Jeff Oppenheim, et al. | ) | |
| *Defendant* | ) | (If the action is pending in another district, state where: |
| | ) | District of New Jersey         ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   Jay Kenoff, c/o Kenoff & Machtinger, LLP, 1801 Century Park East, Suite 1520,
Los Angeles, CA 90067

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Kenoff & Machtinger, LLP, 1801 Century Park East, Suite 1520, Los Angeles, CA 90067 | Date and Time: **27   1 PM** 06/30/2011 12:00 pm |
|---|---|
| The deposition will be recorded by this method:   stenographically, audio means, or both.   MMC | |

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

All correspondence associated with Big Fresh Pictures for the past two years, whether such correspondence was sent by you, received by you, or is in your custody, possession, or control.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 6/10/2011

|   CLERK OF COURT | OR | |
|---|---|---|
| _____ Signature of Clerk or Deputy Clerk | | _____ Attorney's signature |

The name, address, e-mail, and telephone number of the attorney representing (name of party)         Liaform, LLC &
Aaron Abdelhak _____ , who issues or requests this subpoena, are:
Michael M. Cohen, 275 Walton St., Englewood, NJ 07631
201-227-0881
midtownlawyer@aol.com

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LIAFOM, LLC and
AARON ABDELHAK,

                 Plaintiffs,

       vs.

BIG FRESH PICTURES, BIG FRESH
PRODUCTIONS, JEFF OPPENHEIM,
LLOYD CHREIN, LEO LEICHTER,
SANDI CASTRO, AND JOHN DOE

                Defendants.

**NOTICE OF DEPOSITION FOR
DANIELLE AMATO MILLIGAN**

**CIVIL ACTION NO. 2:2010CV00606**

**JURY TRIAL DEMANDED**

To Defendants:

       Please take notice, under Federal Rules of Civil Procedure 30 and 45, that counsel for

Plaintiffs will take the deposition of **Danielle Amato Milligan**, whose address is c/o Amato

Milligan & Associates, 304 Park Avenue South, 11th Floor, New York, NY 10010, will be taken

by oral examination before a notary public, or some other officer duly authorized by law to take

deposition, on June 27, 2011 at 9 AM at the following address:

       **493 Teaneck Rd.**

       **Teaneck, NJ 07666**

The deposition will be recorded stenographically, by audio means, or by both methods. Plaintiffs

are also requesting that the deponent bring the documents identified on the attached **subpoena**.

       This 10th of June, 2011.

_____
Michael M. Cohen, Esq.
275 Walton Street

Englewood, New Jersey 07631
T (201) 227-0881
F (201) 227-0882
Attorney for Plaintiffs
MC 2254

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| Liafom, LLC & Aaron Abdelhak | ) |
| *Plaintiff* | ) |
| v. | ) |
| Big Fresh Pictures, Big Fresh Productions, Jeff | ) |
| Oppenheim, et al. | ) |
| *Defendant* | ) |

Civil Action No.   10-606(JLL)

(If the action is pending in another district, state where:

)

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Danielle Amato Milligan, c/o Amato Milligan & Associates, 304 Park Avenue South, 11th Floor,
New York, NY 10010

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a
deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate
one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf
about the following matters, or those set forth in an attachment:

| Place: 493 Teaneck Rd., Teaneck, NJ 07666 | Date and Time: 27   9 AM |
|---|---|
| | 06/30/2011 1:00 pm |

The deposition will be recorded by this method:  _stenographically, audio means , or both._

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents,
electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the
material:
All correspondence associated with Big Fresh Pictures for the past two years, whether such correspondence was sent
by you, received by you, or is in your custody, possession, or control.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule
45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are
attached.

Date: _6/10/2011_

CLERK OF COURT                                              OR  _____

_____                                        _____
Signature of Clerk or Deputy Clerk                                       Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Liafom, LLC & ___
Aaron Abdelhak _____ , who issues or requests this subpoena, are:
Michael M. Cohen, 275 Walton St., Englewood, NJ 07631
201-227-0881
midtownlawyer@aol.com

## IN THE UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

LIAFOM, LLC and
AARON ABDELHAK,

     **Plaintiffs,**

   vs.

BIG FRESH PICTURES, BIG FRESH
PRODUCTIONS, JEFF OPPENHEIM,
LLOYD CHREIN, LEO LEICHTER,
SANDI CASTRO, AND JOHN DOE

     **Defendants.**

**NOTICE OF DEPOSITION FOR DJIDA OPPENHEIM**

**CIVIL ACTION NO. 2:2010CV00606**

**JURY TRIAL DEMANDED**

To Defendants:

  Please take notice, under Federal Rules of Civil Procedure 30 and 45, that counsel for

Plaintiffs will take the deposition of **Djida Oppenheim**, whose address is 1641 3rd Avenue,

Apartment 24K, New York, NY 10128, will be taken by oral examination before a notary public,

or some other officer duly authorized by law to take deposition, on **June 2̶1̶, 28 2011** at 1̶0̶:̶0̶0̶ 9AM a.m.

at the following address:

  **493 Teaneck Rd.**

  **Teaneck, NJ 07666**

The deposition will be recorded stenographically, by audio means, or by both methods. Plaintiffs

are also requesting that the deponent bring the documents identified on the attached **subpoena**.

This _10th_ of June, 2011.

          _____

          Michael M. Cohen, Esq.
          275 Walton Street

Englewood, New Jersey 07631
T (201) 227-0881
F (201) 227-0882
Attorney for Plaintiffs
MC 2254

AO 88A  (Rev  06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of New Jersey

| | |
|---|---|
| Liafom, LLC & Aaron Abdelhak | ) |
| *Plaintiff* | ) |
| v. | ) |
| Big Fresh Pictures, Big Fresh Productions, Jeff | ) |
| Oppenheim, et al. | ) |
| *Defendant* | ) |

Civil Action No.    10-606(JLL)

(If the action is pending in another district, state where:
                                                            )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   Djida Oppenheim, 1641 3rd Avenue, Apt. 24K, New York, NY 10128

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| | |
|---|---|
| Place: 493 Teaneck Rd., Teaneck, NJ 07666 | Date and Time:   2̶8̶  MMC<br>06/2̶4̶/2011 9:00 am |

The deposition will be recorded by this method:   stenographically, audio means , or both.

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Provide all records created by you, received by you or presently available to you regarding the film Aaron Loves Kendra. The documents requested include, but are not limited to, electronically stored information, correspondence, memos, emails, bank statements, and company records.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 6/10/2011

CLERK OF COURT                                              OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                           *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*          Liafom, LLC &

Aaron Abdelhak _____ , who issues or requests this subpoena, are:

Michael M. Cohen, 275 Walton St., Englewood, NJ 07631
201-227-0881
midtownlawyer@aol.com

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| Liafom, LLC & Aaron Abdelhak | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    10-606(JLL) |
| Big Fresh Pictures, Big Fresh Productions, Jeff Oppenheim, et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | District of New Jersey              ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  GoDaddy.com, Inc., 14455 North Hayden Road, Suite 219, Scottsdale, AZ 85260
      c/o Registered Agent, Sherry Delgado

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Exhibit 1.

| Place: 14455 North Hayden Road, Suite 210, Scottsdale, AZ 85260 | Date and Time: |
|---|---|
| | 06/30/2010 1:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  _6/10/2011_

| CLERK OF COURT | OR | |
|---|---|---|
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Liafom, LLC & Aaron Abdelhak _____ , who issues or requests this subpoena, are:

Michael M. Cohen, 275 Walton St., Englewood, NJ 07631
201-227-0881
midtownlawyer@aol.com

**Exhibit 1 to Subpoena to GoDaddy.com, Inc.**

(1) Beginning and end date during which there were at least 3 web pages hosted Big Fresh Pictures (bigfreshpictures.com) and Big Fresh Productions Inc. (bigfreshproductions.com), and Chrein.com (chrein.com):

(2) List of email addresses using these domains during the past two years.

(3) The name, address, phone number, and email address of all persons registering, paying for, renewing, or transferring the domains.

(4) Web pages published and appearing on the website reached at these domains, or otherwise appearing on the internet.

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| Liafom, LLC & Aaron Abdelhak | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   10-606(JLL) |
| Big Fresh Pictures, Big Fresh Productions, Jeff Oppenheim, et al. | ) | |
| *Defendant* | ) | (If the action is pending in another district, state where:) |
| | ) | District of New Jersey ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Network Solutions, LLC, c/o Corporation Service Co., Bank of America Center, 16th Floor, 1111 East Main St., Richmond, VA 23219

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Exhibit 1.

| Place: 13861 Sunrise Valley Drive, Ste. 300 Herndon, vA 20171 | Date and Time: 06/30/2011 3:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: *6/10/2011*

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Liafom, LLC & Aaron Abdelhak _____, who issues or requests this subpoena, are:

Michael M. Cohen, 275 Walton St., Englewood, NJ 07631
201-227-0881
midtownlawyer@aol.com

**Exhibit 1 to Subpoena to Network Solutions**

(1) Beginning and end date during which there were at least 3 web pages hosted Big Fresh Pictures (bigfreshpictures.com) and Big Fresh Productions Inc. (bigfreshproductions.com), and Chrein.com (chrein.com):

(2) List of email addresses using these domains during the past two years.

(3) The name, address, phone number, and email address of all persons registering, paying for, renewing, or transferring the domains.

(4) Web pages published and appearing on the website reached at these domains, or otherwise appearing on the internet.

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Liafom, LLC & Aaron Abdelhak | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.   10-606(JLL) |
| Big Fresh Pictures, Big Fresh Productions, Jeff Oppenheim, et al. | ) | |
| _Defendant_ | ) | (If the action is pending in another district, state where: |
| | ) | District of New Jersey          ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  LinkedIn Corporation, c/o  Lawyers Incorporating Service, 2730 Gateway Oaks Drive, Ste. 100
Sacramento, CA 95833

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Exhibit 1.

| Place: 2029 Stierlin Court, Mountain View, CA 94043 | Date and Time: |
|---|---|
| | 06/30/2011 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _6/10/2011_

CLERK OF COURT

_____          OR          _____
Signature of Clerk or Deputy Clerk                                      *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Liafom, LLC &___
___Aaron Abdelhak_____, who issues or requests this subpoena, are:
Michael M. Cohen, 275 Walton St., Englewood, NJ 07631
201-227-0881
midtownlawyer@aol.com

**Exhibit 1 to Subpoena to LinkedIn Corporation**

(1) All postings regarding Big Fresh Pictures made or removed and date thereof by the following people:

- Jeff Oppenheim (http://www.linkedin.com/in/jeffoppenheim)
- Leo Leichter (Partner Big Fresh Pictures)
- Lloyd Chrein (http://www.linkedin.com/in/chrein)
- Sandi Castro (http://www.linkedin.com/pub/sandi-castro-migliaccio/1/284/748

(2) All documents showing all postings, edits, changes, or deletions regarding Big Fresh Pictures (company profile located at http://www.linkedin.com/company/748434).

(3) All documents showing address and contact information for Brian Joseph (Founder and CEO of Crossed Eyed Entertainment), and name, address, phone number, and email address of person who created his profile.

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | | |
|---|---|---|
| Liafom, LLC & Aaron Abdelhak | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    10-606(JLL) |
| Big Fresh Pictures, Big Fresh Productions, Jeff Oppenheim, et al. | ) | |
| *Defendant* | ) | (If the action is pending in another district, state where: |
| | ) | District of New Jersey         ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  IMDb.com, Inc., c/o Corporation Service Co., 300 Deschutes Way SW, Ste. 304
Tumwater, WA 98501

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Exhibit 1.

| Place:  410 Terry Ave. N., Seattle, WA 98109 | Date and Time: |
|---|---|
| | 06/30/2011 1:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  *6/10/2011*

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*      Liafom, LLC &
Aaron Abdelhak _____ , who issues or requests this subpoena, are:

Michael M. Cohen, 275 Walton St., Englewood, NJ 07631
201-227-0881
midtownlawyer@aol.com

**Exhibit 1 to Subpoena to IMDb.com., Inc.**

(1) All documents showing all postings and dates of those postings that were made relating to Big Fresh Productions, Big Fresh Pictures, or Changed Man.

(2) All documents showing all changes, including deletions or removals, and dates of such changes relating to Big Fresh Productions, Big Fresh Pictures, or Changed Man.

(3) The identity (including but not limited to name, user name, address, phone number, and email address), in whatever format available to IMDb.com, Inc., of each person that made or removed postings relating to Big Fresh Productions, Big Fresh Pictures, or Changed Man.

(4) All documents showing postings and deletions regarding Jeff Oppenheim, Leo Leichter, Sandi Castro and Lloyd Chrein, and dates thereof.